granted and the brief is accepted as filed [*see* 20 NY3d 1035 (2013)].

Judges RIVERA and ABDUS-SALAAM taking no part.

MARIA AUQUI, as Guardian of the Property of JOSE VERDUGO, et al., Respondents, v SEVEN THIRTY ONE LIMITED PARTNER- SHIP et al., Appellants.

Submitted April 1, 2013; decided June 27, 2013

Motion by Workers Injury Law & Advocacy Group for leave to file a brief amicus curiae on the motions for reargument herein granted and the brief is accepted as filed [*see* 20 NY3d 1035 (2013)].

Judges RIVERA and ABDUS-SALAAM taking no part.

MARIA AUQUI, as Guardian of the Property of JOSE VERDUGO, et al., Respondents, v SEVEN THIRTY ONE LIMITED PARTNER- SHIP et al., Appellants.

Submitted April 1, 2013; decided June 27, 2013

Motion by The Center for Popular Democracy for leave to ap- pear amicus curiae on the motions for reargument herein granted and the affirmation and brief are accepted as filed [*see* 20 NY3d 1035 (2013)].

Judges RIVERA and ABDUS-SALAAM taking no part.

MARIA AUQUI, as Guardian of the Property of JOSE VERDUGO, et al., Respondents, v SEVEN THIRTY ONE LIMITED PARTNER- SHIP et al., Appellants.

Submitted April 1, 2013; decided June 27, 2013

Motion by New York State Trial Lawyers Association for leave to appear amicus curiae on the motions for reargument herein